| | |
|---|---|
| 1 | Michael E. Brewer (SBN 177912) |
| | michael.brewer@bakermckenzie.com |
| 2 | Janice W. Lin (SBN 349794) |
| | janice.lin@bakermckenzie.com |
| 3 | **Baker & McKenzie LLP** |
| | Two Embarcadero Center, 11th Floor |
| 4 | San Francisco, CA  94111-3802 |
| | Telephone: (415) 576-3000 |
| 5 | Facsimile: (415) 576-3099 |
| 6 | Lily S. Duong (SBN 322274) |
| | lily.duong@bakermckenzie.com |
| 7 | **Baker & McKenzie LLP** |
| | 10250 Constellation Boulevard  Suite 1850 |
| 8 | Los Angeles, California  90067 |
| | Telephone: (310) 201-4728 |
| 9 | Facsimile: (310) 201-4721 |
| 10 | Attorneys for Defendant |
| | EQUIPMENTSHARE.COM INC |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DION COCROFT, an individual, on behalf of himself, and on behalf of all persons similarly situated, | Case No. **'24CV0645 BAS AHG** |
| Plaintiff, | **DEFENDANT EQUIPMENTSHARE.COM INC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PARTIES** |
| vs. | |
| EQUIPMENTSHARE.COM INC; and DOES 1 to 50, inclusive | **[L.R. 40.2]** |
| Defendants. | |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 3-15, the undersigned, counsel of record for **Defendant EquipmentShare.com Inc** ("EquipmentShare"), certifies that the following listed parties may have either: (i) a financial interest in the subject matter in controversy or in a party to this proceeding or (ii) an interest that could be substantially affected by the outcome of this proceeding.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection / Interest |
|---|---|
| EquipmentShare.com Inc | Defendant |
| Kevin Dion Cocroft | Plaintiff |

EquipmentShare is not presently aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.

EquipmentShare will promptly file an updated Certificate of Interested Parties if the above information changes.

Dated:  April 4, 2024

**Baker & McKenzie LLP**

By: _/s/ Michael E. Brewer_
Michael E. Brewer
Lily S. Duong
Janice W. Lin
Attorneys for Defendant
EQUIPMENTSHARE.COM INC